IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:89-bj-00245-OES

BENEDICT T. PALEN, JR., and LESLIE
HAMMER-PALEN, etc.; PALEN FARMS, INC.,
a Colorado corporation; COLORADO AG PRODUCTS,
INC., a Colorado corporation; and
PALEN GRAIN COMPANY, a Colorado corporation,

Debtors.

ROBERT L. MITCHELL, HAZEL I. MITCHELL,
DONALD R. KENDALL, JR., DIANE S. KENDALL,
HENRY S. KLAIMAN, LINDA S. KLAIMAN,
PETER J. MICHEL, MICHAEL G. WOLFSON,
MICHAEL VOLDSTAD, JOSEPH W. ARMBRUST,
JOHN C. NELSON, RICHARD A. STARK and
WSS CO., a New York partnership,

Plaintiffs,

vs.

BENEDICT T. PALEN, JR. and LESLIE HAMMER-PALEN,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 10 2007

GREGORY C. LANGHAM
CLERK

**ORDER FOR REVIVAL OF JUDGMENT
PURSUANT TO F.R.C.P. 69 AND C.R.C.P. 54(h)**

THIS MATTER having come before the Court on the Judgment Creditor WSS, Inc.'s Motion for Revival of Judgment Pursuant to F.R.C.P. 69 and C.R.C.P. 54(h), and it appearing to the Court that the judgment entered October 2, 1989, has remained unsatisfied in an amount well in excess of $105,844.54 as of June 22, 2007, and it further appearing that Notice of the Motion was duly given to the Judgment Debtors, Benedict T. Palen, Jr. and Leslie Hammer-Palen, and that the Motion should be granted,

1513881_1.doc

**IT IS HEREBY ORDERED** that the Motion of the Judgment Creditor for Revival of Judgment is GRANTED and that the judgment heretofore rendered in this action is hereby REVIVED for the limited purpose of preserving a judgment lien for the benefit of Judgment Creditor WSS, Inc. in the principal amount of $105,844.54 upon that certain real property and improvements owned by the Judgment Debtors at 3790 South Eaton Street, Denver, Colorado 80235:

> Judgment entered on October 2, 1989, the United States Bankruptcy Court for the District of Colorado in favor of Plaintiffs WSS CO., Donald R. Kendall, Jr., Henry S. Klaiman, Robert L. Mitchell, John C. Nelson, Richard A. Stark and Michael G. Wolfson, and against the Palens, jointly and severally, in the original amount of $700,000.00, together with interest thereon at the rate of 8% per annum from September 29, 1989. Said judgment was assigned to WSS, Inc., a Delaware corporation, pursuant to an Assignment effective January 31, 1990.

**IT IS FURTHER ORDERED** that this Order may be filed and recorded to revive any judgment liens filed or which may be filed during the period of this revival against the judgment debtors.

DATED this 10th day of Sept, 2007.

BY THE COURT:

_____
U.S. District Court Judge

1513881_1.doc                           2